**William H. VIEHWEG,
Plaintiff-Appellant,**

v.

**P & R INVESTMENTS, INC., et al.,
Defendants-Respondents.**

**No. 52382.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 9, 1987.

Motion for Rehearing and/or Transfer
Denied July 9, 1987.

William H. Viehweg, pro se.

W. Morris Taylor, Crystal Y. Smith, Clayton, for defendants-respondents.

### ORDER

PER CURIAM:

Having examined the record on appeal and the briefs of the parties, the Court has determined that no error of law appears and that an opinion would have no precedential value. Defendant's motion to strike plaintiff's brief for failure to comply with Supreme Court Rules is denied. The judgment of the trial court is affirmed in accordance with Rule 84.16(b).